Form n031−ntcplancnf

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 17−03282−KMS
**Chapter:** 13

**In re:**

Clifton C Smith
234 Penn St.
Brookhaven, MS 39601

### Notice of Entry of Order Confirming Plan

The Court entered an Order on 12/08/2017 (Dkt. # 19 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

| Jackson Office: | Gulfport Office: |
|---|---|
| Clerk, U.S. Bankruptcy Court | Clerk, U.S. Bankruptcy Court |
| Southern District of Mississippi | Southern District of Mississippi |
| 501 East Court Street, Suite 2.300 | Dan M. Russell, Jr. U.S. Courthouse |
| Jackson, MS 39201 | 2012 15th Street, Suite 244 |
| 601−608−4600 | Gulfport, MS 39501 |
| | 228−563−1790 |

Dated: December 8, 2017                    Danny L. Miller, Clerk of Court