Form hn001kms (Rev. 10/18)

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

    **Clifton C Smith**

        **CASE NO. 17−03282−KMS**

     **DEBTOR.**

        **CHAPTER 13**

## NOTICE OF HEARING

    The Debtor has filed a Motion for Suspension of Payments (the "Motion") (Dkt. #49) with the Court in the above−styled case.

    **<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you might wish to consult one.)**

    The Court will hold a hearing on August 29, 2019, at 10:00 AM in the United States Courthouse, Courtroom 1, 109 South Pearl Street, Natchez, Mississippi, to consider and act upon the Motion and the Objection filed by Carrington Mortgage Services, LLC (Dkt. #51).

    If you filed a response, you or your attorney are required to attend the hearing. Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney. The hearing will be electronically recorded by the Court.

Dated: 7/31/19

Danny L. Miller, Clerk of Court
U.S. Bankruptcy Court
501 East Court Street, Suite 2.300
P.O. Box 2448
Jackson, MS 39225−2448
601−608−4600

Courtroom Deputy
228−563−1797 (use to advise of settlement)
228−563−1841

<u>Parties Noticed</u>:

Clifton C. Smith, Debtor

Richard R. Grindstaff, Esq.

David Rawlings, Trustee

Kent D. McPhail, Esq.