_____

SO ORDERED,

*Katharine M. Samson*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: September 3, 2019**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: | BANKRUPTCY CASE NO. |
| CLIFTON C. SMITH | 17-03282 KMS |
| 109 East Highland Dr | |
| Brookhaven, MS  39601 | SSN: XXX-XX-4609 |

### AMENDED ORDER TO EMPLOYER TO DEDUCT FROM WAGES

　　IT APPEARING to the Court that there is now pending a certain Chapter 13 proceeding in which the above named debtor subjected his earnings to the jurisdiction of the Court; the debtor's principal income is from wages, salary or commissions; and that the employer of the  debtor is subject to such orders as may be requisite to effectuate the provisions of the plan proposed by the debtor [with the employer being directed to pay all or part of such income to the Trustee. 11 U.S.C. §1325(c)]

　　IT FURTHER APPEARING that it is requisite to effectuate the provisions of the debtor's plan; that the employer is directed to pay a portion of the debtor's earnings into the Court for distribution to creditors, and that such employer is:

　　　　ACTION RESOURCE INC
　　　　ATTN:  PAYROLL DEPT
　　　　40 COUNTY RD 517
　　　　HANCEVILLE, AL  35077

　　IT IS ORDERED that until further notice of this Court, the above named employer is required to deduct from the debtor's earnings and pay over to :

　　　　DAVID RAWLINGS, TRUSTEE
　　　　LOCK P.O. BOX 871
　　　　HATTIESBURG, MS  39403
　　　　(601) 582-5011

the sum of $1,284.00 MONTHLY to be submitted to the above Trustee monthly.  Effective September, 2019.

    IT IS FURTHER ORDERED that the employer shall hereafter cease to withhold from the wages of said employee any sums that would prevent the payment of the above plan payment to the Trustee, except such sums as may be required to be withheld by State or Federal law for income taxes, FICA, employment security taxes, required state retirement, and social security contributions. If, after the employer withholds the above plan payment and the above State and Federal required amounts, the employee has remaining wages, the employer may withhold such sums as required by Court Order for alimony or child support from such remaining wages, unless such alimony or child support is provided for in the Chapter 13 plan.

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
(601) 582-5011
ecfNotices@rawlings13.net